UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PATRICIA YOUNKIN     )
      Plaintiff,  )
          )
v.          )  **JUDGMENT**
          )
          )  No. 7:23-CV-1074-FL
KILOLO KIJAKAZI, Commissioner of )
Social Security,     )
      Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 27, 2023, it is ordered that defendant pay to plaintiff $5,400.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on December 27, 2023, and Copies To:**
Charles F. Hall, IV  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

December 27, 2023     PETER A. MOORE, JR., CLERK

            /s/ Sandra K. Collins
           (By) Sandra K. Collins, Deputy Clerk